**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:18-CR-00089-RCJ-WGC |
| Plaintiff | ) | ORDER |
| vs. | ) | |
| AARON ROBERT ENDEL, | ) | |
| Defendant. | ) | |

On June 22, 2021, Mr. Endel appeared before this Court and pleaded guilty to Count One of the Superseding Information and a Zoom Video Sentencing and Disposition Hearing was set for 10:30 A.M., Monday, September 27, 2021, in Reno Courtroom 3 before Judge Robert C. Jones.

On September 23, 2021, Defendant's counsel filed a Status Report (ECF No. 97) indicating that Mr. Endel intends to appear in-person for his sentencing hearing set for Monday, September 27, 2021.  Accordingly,

**IT IS HEREBY ORDERED** that the Zoom Video Sentencing and Disposition Hearing currently set for 10:30 A.M., Monday, September 27, 2021, is **VACATED**.

**IT IS FURTHER ORDERED** that an **IN-PERSON** Sentencing and Disposition Hearing for Mr. Endel is RESCHEDULED to 10:00 A.M., Monday, November 15, 2021, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS SO ORDERED** this 24th day of September, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE