# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:18-CR-089-RCJ-WGC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| AARON ROBERT ENDEL, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Aaron Robert Endel to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which Aaron Robert Endel pled guilty. Superseding Criminal Information, ECF No. 82; Plea Agreement, ECF No. 85; Arraignment & Plea, ECF No. 88; Preliminary Order of Forfeiture, ECF No. 90.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 1, 2021, through July 30, 2021, and from September 17, 2021, through October 16, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 93-1, p. 5; 100-1, p. 5.

1   This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 99.

On September 16, 2021, the United States Attorney's Office served Rachel Endel in Fernley, Nevada, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Ted Etter accepted the service. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 99-1, p. 99-1, p. 3, 5-6, 8-10, 12-13.

On September 16, 2021, the United States Attorney's Office served Rachel Endel in Silver Springs, Nevada, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Steven Edwards accepted the service. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 99-1, p. 3, 5-6, 8-10, 14-15.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law: Hewlett Packard laptop computer, serial number CND7441XB3 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED January 31, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE