Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 27, 2025**

Name of Offender: **Aaron Robert Endel**

Case Number: **3:18CR00089**

Name of Sentencing Judicial Officer: **Honorable Robert C. Jones**

Date of Original Sentence: **January 26, 2022**

Original Offense: **Possession of Child Pornography**

Original Sentence: **48 Months prison, followed by 120 Months TSR.**

Date Supervision to Commence: **October 17, 2025**

**PETITIONING THE COURT TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**Residential Reentry Center –** You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

Aaron Endel is currently serving the remainder of his prison sentence and residing at the Seagoville Federal Correction Institution in Seagoville, Texas. He is scheduled to commence supervised release on October 17, 2025. Mr. Endel has no residential plan and will otherwise be homeless upon commencement of supervised release. Without a suitable residential plan, his likelihood of success is limited and poses a risk to the community.

Because Mr. Endel has no residential plan, he has agreed to modify the conditions of supervision to include up to 180 days placement at the residential reentry center. This will increase his chances of success by providing a temporary stable residential placement and employment training opportunities. Therefore, it is respectfully recommended that the conditions of supervision be modified to include up to 180 days placement at the residential reentry center, as reflected in the attached waiver signed by Mr. Endel.

RE: Aaron Robert Endel

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

*Kory Augustus* (digitally signed)
Digitally signed by Kory Augustus
Date: 2025.02.27 14:22:35 -08'00'

Kory Augustus
Senior United States Probation Officer

Approved:

*Erik Flocchini* (digitally signed)
Digitally signed by Erik Flocchini
Date: 2025.02.27 14:09:25 -08'00'

Erik Flocchini
Supervisory United States Probation Officer

---

# THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*Howard D. McKibben* (signature)

Signature of Judicial Officer

March 3, 2025

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

Witness _____   Signed _____
U.S. Probation Officer                         Probationer or Supervised Releasee

02-27-25
Date